On petition for review filed December 10, 1997,* petition for review allowed; decision of Court of Appeals vacated and case remanded to circuit court with instructions October 27, 1999

## AMERICAN STATES INSURANCE COMPANY, INC.,
an Indiana corporation,
*Respondent on Review,*

*v.*

## CHUCK SMITH PAINTING, INC.,
an Oregon corporation,
*Petitioner on Review.*

(CC 955085E2; CA A93943; SC S44817)

988 P2d 378

Robert S. Hamilton, of deSchweinitz & Hamilton, Medford, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Kulongoski, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the circuit court with instructions to dismiss the action unless plaintiff makes all persons who have any claim or interest that would be affected by the requested declaration parties to the action within a time to be set by the circuit court.

---

* Appeal from Jackson County Circuit Court, 151 Or App 200, 948 P2d 1260 (1997).

** Leeson and Riggs, JJ., did not participate in the consideration or decision of this case.